31 So.3d 950 (2010)
Martha GARDNER, Appellant,
v.
Anthony NIOSO, M.D.; Baptist Primary Care, Inc.; Gordon Polley, M.D.; North Florida Surgeons, P.A.; and Jacksonville Neurological Clinic, P.A., Appellees.
No. 1D09-4767.
District Court of Appeal of Florida, First District.
April 9, 2010.
*951 Rodney S. Margol of Margol & Pennington, P.A., Jacksonville; William A. Bald of Dale, Bald, Showalter, Mercier & Green, P.A., Jacksonville, for Appellant.
Kelly B. Mathis and Laurie M. Lee of Mathis & Murphy, P.A., Jacksonville, for Appellees.
PER CURIAM.
AFFIRMED. Gainesville Health Care Ctr., Inc. v. Weston, 857 So.2d 278 (Fla. 1st DCA 2003).
KAHN, DAVIS, and THOMAS, JJ., concur.